Filed: January 7, 1997

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 96-6221
(CR-89-391-JFM, CA-95-3272-JFM)

---

United States of America,

Plaintiff - Appellee,

versus

Colbert Toliver,

Defendant - Appellant.

---

O R D E R

---

The Court amends its opinion filed October 23, 1996, as follows:

On the cover sheet, section 3, line 3 -- the district court's number is corrected to read "CR-89-391-JFM."

For the Court - By Direction

/s/ Patricia S. Connor

---

Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6221**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COLBERT TOLIVER,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CR-89-391-JFM, CA-95-3272-JFM)

---

Submitted:  October 17, 1996          Decided:  October 23, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Colbert Toliver, Appellant Pro Se.  Andrea L. Smith, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1994) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. Toliver, Nos. CR-89-891-JFM; CA-95-3272-JFM (D. Md. Jan. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3